UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

JONATHAN VASQUEZ,
    a/k/a "Totao,"

               Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/25/2025

25 Cr. 177-2 (AT)

**<u>ORDER</u>**

ANALISA TORRES, District Judge:

    The parties shall appear for an initial conference on **May 5, 2025**, at **10:30 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: April 25, 2025
      New York, New York

_____
ANALISA TORRES
United States District Judge