```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/30/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

25 Cr. 177-2 (AT)

JONATHAN VASQUEZ,
    a/k/a "Totao,"

**ORDER**

    Defendant.

ANALISA TORRES, District Judge:

    The Court shall hold a change-of-plea hearing on **October 14, 2025**, at **11:00 a.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: September 30, 2025
       New York, New York

*[signature]*

ANALISA TORRES
United States District Judge