UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

JONATHAN VASQUEZ,
    a/k/a "Totao,"

                      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/2025

25 Cr. 177-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The change-of-plea hearing scheduled for October 14, 2025, at 11:00 a.m. is ADJOURNED to **October 20, 2025**, at **11:00 a.m.**, in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: October 10, 2025
       New York, New York

ANALISA TORRES
United States District Judge